236 So.2d 227

Samuel D. MILBURN

v.

Henry A. REID, Sheriff of
Calcasieu Parish.

No. 50689.

June 22, 1970.

Writs refused. It has never been the law of this State that a person charged with a misdemeanor is entitled as a matter of right to court-appointed counsel.